UNITED STATES OF AMERICA
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                                              CRIMINAL ACTION NO.: 5:24-CR-17-BJB

**TIMOTHY A. PEW**                                                                      DEFENDANT

### UNITED STATES' SENTENCING MEMORANDUM
*Electronically Filed*

The United States of America, by counsel, Raymond D. McGee, Assistant U.S. Attorney for the Western District of Kentucky, submits this sentencing memorandum pursuant to the Court's Order following entry of guilty plea entered on February 21, 2025. Pew entered an open guilty plea without an agreement with the United States. The United States recommends that the Court sentence the defendant to a term of imprisonment within the sentencing guideline range of 27 to 33 months. Sentencing is currently set for July 21, 2025, at 1:00 PM in Paducah.

### OFFENSE CONDUCT

**A. Background**

Huhtamaki Cop manufactures food packaging containers such as ice cream packaging, cups, and single use tableware at its operations in North America. It operates a plant in Hopkinsville, Kentucky. Timothy Pew held a management-level position at Huhtamaki Corp's operations located in Hopkinsville. Pew had authority to make hundreds of thousands of dollars in purchases with a company issued JP Morgan Chase purchasing card for products and equipment from vendor, and he did so. Pew used the purchasing card to embezzle more than $250,000 from his employer.

### B. The Embezzlement Scheme

Pew was hired by Huhtamaki in November 2021. He had lied about his educational background when he applied for the job. Within four months, he began stealing. Pew created a PayPal account which used his Huhtamaki email. Next, he linked a company issued JPMorgan Chase purchase card to the account. By linking these accounts, he created a covert method to embezzle money from Huhtamaki. Over the next 10 months, PEW made 52 financial transactions using these linked accounts. This caused approximately $257,400.08 to be transferred to his PayPal account. Pew's final step was to link his personal credit union account to the PayPal account. Once that was done, Pew was able to withdraw the money without any detection.

### C. The Concealment

Pew used fake invoices, fake emails, a fake refund check, filed a false police complaint and other deceptive practices to mask movement of money via PayPal to his own bank accounts. He even used the identity of a former supplier in a fabricated email chain.

To hide the scheme, Pew entered fictitious transaction notes in Huhtamaki's internal purchase card tracking system. This created the illusion that the stolen money was used for legitimate expenses. Huhtamaki provided the FBI the following examples:

| Transaction ID | Transaction Date | Transaction Amount | Transaction Notes |
|---|---|---|---|
| 3528705608001 | 03/12/2022 | 3,087.30 | Purchased tooling for the nesters to assist with rebuilding the paddle assemblies. |
| 3537116322001 | 03/18/2022 | 7,975.28 | Waiting on a refund amount to come back, again this was supposed to be $795. I added 1 extra digit. Will attach the refund receipt when I receive it |
| 3558476941001 | 04/05/2022 | 3,190.20 | Purchased cardboard racks for nesters from Fred Spyer in Clarksville TN |
| 3565878943001 | 04/11/2022 | 1,543.80 | two more A-frame carts were purchased to help with 5S in the finishing department. |
| 3569921178001 | 04/14/2022 | 2,068.08 | Cardboard carts now that it was determined the previous one's work |
| 3586896427001 | 04/28/2022 | 10,779.08 | Purchased 10 black totes and 10 lids from Amazon for the nester tooling that is being stored in the new warehouse. |
| 3624096991001 | 05/27/2022 | 7,717.80 | Purchased computer stands for the Finishing department in preparation for the install of Halo and HAQ. These stands will be at every signature and 4 on the nesters. |

| | | | |
|---|---|---|---|
| 3641328593001 | 06/10/2022 | 7,074.68 | Polypropylene Plastic Front and rear times 2. This is for glue consolidation of the glue barrels that are low. This will be a one time set up process and will eliminate safety concern on how they are consolidating the barrels now. |
| 3653598333001 | 06/20/2022 | 3,382.62 | Nester plates tooling made for the nesters to replace cracked and broken that was found during uncrating. Brave received the drawings and will be making 3 total nester plates. |

To further hide his scheme, Pew created a fictitious vendor called "Brave Metal Works" with the address as 200 Commerce Street, Hopkinsville, Kentucky. The choice of name was intentional. Huhtamaki did legitimate business with a real company named "Brave Machine & Tool" located at 205 Commerce Street, Hopkinsville, Kentucky. Next, he made false purchase notes indicating that "Brave" was a vendor. For example, on June 20, 2022, Pew concealed his theft of $3,382.62 by making a purchase entry stating "*Brave received the drawings and will be making 3 total nester plates.*"

To further conceal the scheme, Pew informed Huhtamaki that his purchasing card had been hacked, and that "Detective Michael Burgess" from the Nashville Police Department had opened an investigation. He stated the detective implicated the company's handling system and was investigating another employee. Huhtamaki contacted the Hopkinsville Police Department and learned that the investigation was a ruse created to cover up the scheme.

Several managers confronted Pew regarding his performance at Huhtamaki. To divert suspicions, Pew consistently mentioned his military service and referenced that he was injured in an IED bombing while he was driving a HMMWV. When the plant manager confronted him, Pew sent a picture of a HMMWV that was blown-up, and claimed he was the driver.

```
In January of 2023, PEW sent REDACTED a picture of a blown-
up HMMWV. PEW said he was in that HMMWV. PEW told him it was
a rough time because it was the time of the year that the
HMMWV got blown up. From FBI SA Furtak FD-302 (9/11/2023)
```

-3-

Below is the picture of that Pew provided the manager.



When confronted by another manager, Pew cited the same incident and showed a picture of the HMMWV.

```
At one point, PEW showed REDACTED a picture of a HMMWV that was
blown up and said that he was the driver of that HMMWV. PEW
would raise his PTSD related issues when he could not get a task
complete or was having performance issues.
```
From FBI SA Furtak FD-302 (9/12/23)

When Pew failed to show up for work, he cited the same incident to other management.

```
PEW brought up his HMMVW being blown up and that he was the
survivor. In April 2022, PEW was sent to Paris, Texas to observe
another HUHTAMAKI plant but one day he didn't show up for work.
REDACTED that PEW did not show up for work because it was the
anniversary of the day his HMMVW was blown up and he was having
issues with PTSD.
```
From FBI SA Furtak FD-302a (8/30/23)

In January 2023, Pew texted several managers the picture of the blown up HMMVW, and stated he was "in the drivers seat."

| From: +12703485413 Tim Pew<br><br>To: REDACTED<br>To: REDACTED<br>To: REDACTED | 1/1/2023 8:55:58 PM(UTC-6) | Didn't mean to share to much guys. I have been watching home videos all afternoon |
| --- | --- | --- |
| From: +12703485413 Tim Pew<br><br>To: REDACTED<br>To: REDACTED<br>To: REDACTED | 1/1/2023 8:53:11 PM(UTC-6) | I took this picture right after everyone got out and we got all sensitive items out of it. I have a few others I will not share |
| | | |
| From: +12703485413 Tim Pew<br><br>To: REDACTED<br>To: REDACTED<br>To: REDACTED | 1/1/2023 8:52:00 PM(UTC-6) | Todays date in 2008 I was in the drivers seat during this one |

SA Furtak completed a reverse image search on Google of the picture. It is one of the top search results on Google for "HMMVW" and "IED." It appears that Pew simply pulled the picture off the internet. VA-OIG reviewed Pew's Post Deployment paperwork, and he indicated "No" to question 9a, which states "During this deployment, did you experience any of the following events? 1) Blast or explosion 2) vehicular accident/crash 3) fragment wound or bullet wound above your shoulders 4) fall 5) other event." Furthermore, Pew's DD214 does not indicate that he received a Purple Heart or Combat Action Badge, which would be expected for someone who was driving a bombed vehicle. In the texts with the picture sent on January 1, 2023, Pew stated that on "Todays date in 2008 I was in the drivers seat during this one." However, Army records indicate that Pew was not in Iraq on January 1, 2008.

## RESTITUTION

Restitution is not contested in this matter. The United States seeks restitution in the amount of $257,400.08.

## GUIDELINES CALCULATION

The United States has no objections to the Guideline calculation in the Presentence Investigation Report, which finds an offense level of 18, a criminal history category of I, and a Guideline imprisonment range of 27-33 months.

The defendant objected to a 2-level enhancement pursuant USSG 2B1.1(b)(10(C), *the offense involved sophisticated means*, and a 2-level enhancement applied pursuant to USSG 3B1.3, *abused a position of private trust in a manner that facilitated to commission or concealment of the offense*. The United States agrees with the response by the U.S. Probation Officer. The United States' summary outlines a sophisticated scheme to embezzlement funds which involved multiple financial accounts, creation of false documents, creation of a fake business, a false police report, and essentially all the necessary elements necessary to commit money laundering. Also, the crime was committed while Pew was a manager with purchasing discretion. Pew was provided more than a credit card for expenses. He was provided a purchasing card that authorized him to make hundreds of thousands of dollars in purchases.

## SENTENCING FACTORS

This Court must ultimately affix a sentence which is sufficient, but not greater than necessary, to comply with the purposes set forth in 18 U.S.C. § 3553(a). That section directs courts to consider the following:

(1)   the nature and circumstances of the offense and the history and characteristics of the defendant;

(2) the need for the sentence imposed:

    (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense

    (B) to afford adequate deterrence to criminal conduct;

    (C) to protect the public from further crimes of the defendant; and

    (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;

(3) the kinds of sentences available;

(4) the kinds of sentence and the sentencing range established for--

    (A) the applicable category of offense committed by the applicable category of defendant as set forth in the guidelines--

. . .

(5) any pertinent policy statement--

. . .

(6) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and

(7) the need to provide restitution to any victims of the offense.

**<u>Nature and Circumstances of the Offense/History and Characteristics of the Defendant.</u>**

The history and characteristics of the defendant combined with the nature of the offense support the recommended sentence. The recommended sentence in this case appropriately reflects the nature and circumstances of Pew's substantial theft from his employer and the sophisticated methods to implement and conceal his crime.

**Need for the Sentence Imposed.**

Timothy Pew is a con man. Every aspect of his employment was full of deception. Pew began stealing within months of his employment. Pew's crime was not a momentary lapse of judgment. He embezzled for ten months and would have certainly continued had his employer not detected it. He concealed his theft with many different types of deception. He abused the trust of his company and fellow employees. He used his veteran status to manipulate coworkers and managers in furtherance of his crime. A sentence of imprisonment is necessary due to the gravity of the offense, duration of the offense, and blatant deception.

**Avoidance of Sentencing Disparities.**

The guideline imprisonment range is 27 to 33 months. According to the PSR, the average length of sentence for defendants with a criminal history of I and an offense level 18 was 19 months. The United States avers that Pew's conduct has earned him a sentence higher than that average.

**CONCLUSION**

The United States recommends that the Court impose a sentence within the guideline range, at the Court's discretion, 3 years supervised release, and restitution of $247,400.08.

Respectfully submitted,

KYLE G. BUMGARNER
United States Attorney

*/s/ Raymond D. McGee*
Raymond D. McGee
Assistant United States Attorney
501 Broadway, Suite 29
Paducah, KY  42001
PH:    (270) 442-0189
Email: raymond.mcgee@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on July 15, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the Attorney of Record.

              */s/ Raymond D. McGee*
              Raymond D. McGee
              Assistant United States Attorney